

The relief described hereinbelow is SO ORDERED.

Signed June 17, 2014.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-60457 |
| | § | |
| KALEOB JOSEPH WILLIAMS AND | § | |
| AMANDA RENEE WILLIAMS | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(USA Discounters)

Before the Court is the Debtors' Motion to Redeem Personal Property from USA Discounters (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a TV, bed, dresser, night stand and Xbox 360 (the "Merchandise") purchased from USA Discounters and financed through USA Discounters

by paying to USA Discounters the value of the Merchandise, which one of the Debtors assert in his affidavit is now worth $400.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Merchandise, which is the subject of the Motion, may be redeemed by Debtors for the sum of $400.00, as long as the Debtors pay this amount to USA Discounters within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: _____
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS